UNITED STATES DISTRICT COURT   JS-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-04351-RGK-AGR | Date | October 21, 2022 |
|---|---|---|---|
| Title | *Liqiang Wei v. California Institute of Technology* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:     Attorneys Present for Defendant:

Not Present                          Not Present

**Proceedings:**     **(IN CHAMBERS) Order of Dismissal**

On October 4, 2022, the Court ordered Plaintiff to Show Cause in Writing why this action should not be dismissed for his failure to serve Defendant. (*See* Order re: Pl.'s *Ex Parte* Appl., Mot. for Relief, and *Ex Parte* Mot. for Summ. J. at 2, ECF No. 17.) Plaintiff's response deadline was October 14, 2022. (*Id.*) Plaintiff failed to respond. Accordingly, the Court **DISMISSES** this action for lack of prosecution.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer
_____